**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **ANDREW MCGONIGLE,** *on behalf of himself and others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>**WHY DIRECT LLC,**<br><br>Defendant. | **Case No. 3:25-cv-00934-RCY** |

**NOTICE OF SETTLEMENT**

Please take notice that the parties have reached an agreement in principle to resolve Plaintiff's individual claims against Defendant Why Direct LLC. The parties anticipate filing a stipulation of dismissal with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class claims, in due course.

Dated: May 20, 2026

Respectfully Submitted,

WHY DIRECT LLC

By Counsel

/s/ *Joseph P. Bowser*

Joseph P. Bowser
VA Bar No. 88399
Attorney for Why Direct LLC
ROTH JACKSON
1519 Summit Ave., Suite 102, Richmond, VA 23230
Phone: 804-441-8701
Fax: 804-441-8438
Email: jbowser@rothjackson.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of May 2026, the following document in the above-captioned matter was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joseph P. Bowser*
Joseph P. Bowser